## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JODIE P. SMITH,**

      **Plaintiff,**

**v.**                                       **Case No: 5:12-cv-536-Oc-18PRL**

**COMMISSIONER OF SOCIAL
SECURITY**

      **Defendant.**

_____

### REPORT AND RECOMMENDATION[1]

Plaintiff requests that the Court dismiss this action with prejudice. (Doc. 17). Defendant filed its Answer in this case, but the Answer does not allege a counterclaim against Plaintiff. Further, Defendant has consented to dismissal of this action with each party bearing their own costs.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Motion (Doc. 17) be **GRANTED** and Plaintiff's Complaint (Doc. 1) be **DISMISSED with prejudice**, with each party bearing their own attorney's fees and costs associated with this action.

**IN CHAMBERS** in Ocala, Florida on July 25, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

The Honorable G. Kendall Sharp and Counsel of Record

_____

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.