UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JODIE P. SMITH,

        Plaintiff,

v.                                                  Case No: 5:12-cv-536-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Dismiss (Doc. No. 17). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **GRANTED** and the complaint is **DISMISSED** with prejudice, each party bearing their own attorney's fees and costs. Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___21___ day of August, 2013.

                                                        G. KENDALL SHARP
                                         SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record